# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE (via video conference)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       20-mj-384 HB |
| | ) | Date:            June 16, 2020 |
| Montez Terriel Lee, | ) | Courthouse:  Minneapolis |
| | ) | Video Conference |
| Defendant, | ) | Time Commenced:   12:59 p.m. |
| | | Time Concluded:    1:06 p.m. |
| | | Time in Court:         7 minutes |

APPEARANCES:

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Shannon Elkins, Assistant Federal Public Defender
      X FPD      X To be appointed

Date Charges Filed:   6/11/2020      Offense: Arson

    X Waived Reading of Charges    X Advised of Rights

on   X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, June 18, 2020, at 3:15 p.m via video conference before U.S. Magistrate Judge David T. Schultz for:
  X Detention hrg    X Preliminary Examination

Additional Information:

X Defendant consents to this hearing via video conference.

s/Amy Halverson<br>
Signature of Courtroom Deputy