UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-384 HB

United States of America,

           Plaintiff,

v.                         **ORDER FOR APPOINTMENT OF COUNSEL**

Montez Terriel Lee,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Andrew Garvis, Attorney ID 0257989, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: June 16, 2020                         *s/David T. Schultz*
                                              Honorable David T. Schultz
                                              United States Magistrate Judge