**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES – CRIMINAL (via video conference)** |
| | ) | |
| Plaintiff, | ) | BEFORE:   David T. Schultz |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | |
| Montez Terriel Lee, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Case No: | 20-mj-384 HB |
| Date: | June 18, 2020 |
| Court Reporter: | Carla Bebault |
| Courthouse: | Minneapolis Video Conference |
| Time Commenced: | 3:20 p.m. |
| Time Concluded: | 4:15 p.m. |
| Time in Court: | 55 minutes |

X **PRELIMINARY HRG ONLY**          X **DETENTION HRG ONLY**

Time in Court Prelim/Det: 30 minutes/ 25 minutes

APPEARANCES:

   Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
   Defendant:  Andrew Garvis,
                    X CJA

On      X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Defendant consents to this hearing via video conference.

Liane Sellner testified.

_____ s/Sarah Erickson
Signature of Courtroom Deputy