UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-MJ-384 (HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTEZ TERRIEL LEE, )<br>)<br>Defendant. ) | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR INDICTMENT** |

This matter is before the Court on the parties' joint motion, pursuant to 18 U.S.C. § 3161(h), for a 30-day extension of time to file an indictment in the above-captioned matter. According to the joint motion, an indictment against Mr. Lee currently must be filed by July 18, 2020.

After consideration of the joint motion, the reasons stated therein, and the record before the Court,

IT IS HEREBY ORDERED that:

1. The joint motion for a 30-day extension of time to file an indictment in the above-captioned matter is GRANTED;

2. Any indictment in this matter must be filed on or before August 17, 2020.

3. Based on the agreement by the parties and Mr. Lee's consent, the Court also finds that the ends of justice served by granting the parties' joint motion outweigh the best interests of the public and Mr. Lee in a speedy trial;

2

4. The time period from July 8, 2020, through August 17, 2020, is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv).


Dated:   July 8, 2020               <u>s/Katherine M. Menendez</u>
                                    Katherine M. Menendez
                                    United States Magistrate Judge